UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT LAWS,**

        **Plaintiff,**    :

  v.                              Case No. 2:21-cv-139
                                  Judge Sarah D. Morrison
                                  Chief Magistrate Judge Elizabeth
**FRANKLIN COUNTY**            P. Deavers
**CHILD SERVICES,**         :

        **Defendant.**

## <u>ORDER</u>

This matter is before the Court on the April 14, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 8.) The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss Plaintiff's Complaint in its entirety for failure to state a claim upon which relief may be granted. (*Id.*) The time for filing objections has passed, and no objections have been filed. For the reasons set forth therein, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 3) and **DISMISSES** the Complaint (ECF No. 7). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

      IT IS SO ORDERED.

                                /s/ Sarah D. Morrison
                                **SARAH D. MORRISON**
                                **UNITED STATES DISTRICT JUDGE**